KEGERREIS OUTDOOR ADVERTISING COMPANY, Petitioner

v.

DEPARTMENT OF TRANSPORTATION, Respondent

No. 301 MAL 2017

Supreme Court of Pennsylvania.

September 27, 2017

## ORDER

PER CURIAM

AND NOW, this 27th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.